UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FRED R. FRIGO, ) | |
|     *Plaintiff*, ) | |
| ) | |
|   *vs*. ) | 1:12-cv-00674-JMS-DML |
| ) | |
| BRIGHTHOUSE NETWORKS, ) | |
|     *Defendant.* ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Consistent with the Court's Order entered this date, the Court now enters **FINAL JUDGMENT** in this matter in favor of Defendant Brighthouse Networks such that Plaintiff Fred Frigo shall take nothing by way of his Complaint.

09/24/2013

                                                  Hon. Jane Magnus-Stinson, Judge
                                                  United States District Court
                                                  Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
    Deputy Clerk, U.S. District Court

**Distribution via U.S. Mail:**

FRED R. FRIGO
2389 N. County Road 130 E.
Frankfort, IN 46041

**Distribution via ECF only:**

Melissa K. Fuller
JACKSON LEWIS LLP
melissa.fuller@jacksonlewis.com

Craig W. Wiley
JACKSON LEWIS LLP - Indianapolis
craig.wiley@jacksonlewis.com